1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                               WESTERN DIVISION

11   ALEXIS URIBE,                    )      Case No.  CV 14-4339 SJO (AJW)
                                      )
12            Petitioner,             )      JUDGMENT
                                      )
13        v.                          )
                                      )
14   UNKNOWN,                         )
                                      )
15            Respondent.             )
     ─────────────────────────────── )

16

17        It is adjudged that this action is dismissed without prejudice.

18

19                                    _S. James Otero_

Dated: June 25, 2014
20                                    _____
                                      S. James Otero
21                                    United States District Judge

22

23

24

25

26

27

28